792 S.E.2d 587

**The STATE, Petitioner,**

v.

**Christopher BROADNAX, Respondent.**

**Appellate Case No. 2013-000615**

Supreme Court of South Carolina.

November 5, 2015

Lower Court Case No's 2009GS4004541; 2009GS4004539; 2009GS4004542 and 2009GS4004540

## ORDER

Respondent's request in his Petition for Rehearing to remand this matter to the Court of Appeals for consideration of the issues not reached previously is granted.

/s/Jean H. Toal, C.J.

/s/Costa M. Pleicones, J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.